# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valentina Gabrimassihi et al<br><br>PLAINTIFF(S)<br>v.<br>BMW Financial Services NA, LLC et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:24-cv-01409-JWH-SK<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 7/24/2024 | 12 | REQUEST to Dismiss CAUSE OF ACTION |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 7/31/2024          By: _/s/ J.W. Holcomb_
                              U.S. District Judge, John W. Holcomb