| | |
|---|---|
| 1 | Hovanes Margarian, SBN 246359 |
| 2 | hovanesm@margarianlaw.com<br>Armen Margarian, SBN 313775 |
| 3 | armenm@margarianlaw.com<br>Shushanik Margarian, SBN 318617 |
| 4 | shushanik@margarianlaw.com<br>THE MARGARIAN LAW FIRM |
| 5 | 462 West Colorado Street<br>Glendale, California 91204 |
| 6 | Telephone Number: (818) 553-1000<br>Facsimile Number: (818) 553-1005 |
| 7 | Attorneys for Plaintiffs |
| 8 | VALENTINA GABRIMASSIHI<br>EMIN GABRIMASSIHI |
| 9 | Julia B. Strickland (SBN 83013) |
| 10 | jstrickland@steptoe.com<br>Julieta Stepanyan (SBN 280691) |
| 11 | jstepanyan@steptoe.com<br>Sharon K. Brown (SBN 176706) |
| 12 | shbrown@steptoe.com<br>STEPTOE LLP |
| 13 | 2029 Century Park East, Suite 980<br>Los Angeles, CA 90067-3086 |
| 14 | Telephone: 213-439-9400<br>Facsimile: 213-439-9599 |
| 15 | Email: docketing@steptoe.com |
| 16 | Attorneys for Defendant<br>BMW FINANCIAL SERVICES NA, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALENTINA GABRIMASSIHI, an individual; EMIN GABRIMASSIHI, an individual,<br><br>       Plaintiffs,<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>       Defendants. | Case No.: 8:24-cv-01409-JWH-SK<br><br>*District Judge: The Honorable John W. Holcomb*<br>*Magistrate Judge: The Honorable Steve Kim*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: February 26, 2024<br>Removal Filed: June 24, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Plaintiffs VALENTINA GABRIMASSIHI, an individual, and EMIN GABRIMASSIHI, an individual ("Plaintiffs"), and Defendant BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company ("Defendant"), by and through their respective undersigned counsel of record, in consideration of a negotiated settlement executed by them, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the action with prejudice.

DATED: June 16, 2025                THE MARGARIAN LAW FIRM

By: */s/ Hovanes Margarian*
Hovanes Margarian
Attorney for Plaintiffs
VALENTINA GABRIMASSIHI
EMIN GABRIMASSIHI


DATED: June 16, 2025                STEPTOE LLP

By: */s/ Julieta Stepanyan*
Julieta Stepanyan
Attorney for Defendant
BMW FINANCIAL SERVICES NA, LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Hovanes Margarian, counsel for Plaintiffs VALENTINA GAGRIMASSIHI and EMIN GABRIMASSIHI, and that I have obtained the counsel's authorization to affix his electronic signature to this document.

DATED: June 16, 2025                         STEPTOE LLP

                                             By: /s/ Julieta Stepanyan
                                             Julieta Stepanyan
                                             Attorney for Defendant
                                             BMW FINANCIAL SERVICES NA, LLC

STIPULATION OF DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Julieta Stepanyan*
Julieta Stepanyan